```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


TODD BRUCE                                     CIVIL ACTION

VERSUS                                         NO: 14-610

GIS MARINE, LLC                                SECTION: J(5)
```

### ORDER

Before the Court is a *Motion for Partial Summary Judgment* **(Rec. Doc. 39)** filed by Plaintiff, Todd Bruce ("Plaintiff"), an *Opposition* **(Rec. Doc. 44)** by Defendant, GIS Marine, LLC ("GIS") and Plaintiff's *Reply* (**Rec. Doc. 55**), as well as GIS's *Motion for Partial Summary Judgment* (**Rec. Doc. 40**), and Plaintiff's *Opposition* (**Rec. Doc. 46**). Having considered the motions, the parties' submissions, the record, and the applicable law,

**IT IS HEREBY ORDERED** that Plaintiff's *Motion for Partial Summary Judgment on the Issue of Unseaworthiness* (**Rec. Doc. 39**) is **DENIED**. The Court finds that there remain genuine issues of material fact regarding Plaintiff's claim for unseaworthiness.

**IT IS FURTHER ORDERED** that GIS's *Motion for Partial Summary Judgment on the Issue of Punitive Damages* (**Rec. Doc. 40**) is **GRANTED**. The Fifth Circuit has held that punitive damages are not recoverable for personal injury claims under either general maritime law or under the Jones Act. *McBride v. Estis Well Serv., LLC*, 768 F.3d 382, 386-88 (5th Cir. 2014). In light of this ruling, there is no issue that Plaintiff is not entitled to recover

punitive damages for his claims in the above-captioned matter.

**IT IS FURTHER ORDERED** that Plaintiff's claims for punitive damages against GIS are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 5th day of February, 2015.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE